UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Twin City Floor Covering Industry Pension Fund, et al.,

Plaintiffs,

v.

Lavan Installations, Inc. and Sheila K. Lavan,

Defendants.

Civil 00-2234 JRT/FLN

REPORT & RECOMMENDATION

---

1. The complaint in this case was filed on September 29, 2000. When no answer was filed on behalf of defendant(s) or other appearance made within the time required by the rules, the court issued an order on February 6, 2001, which by its terms required plaintiff to take certain action.

2. To date, plaintiff has not complied with the terms of that order.

RECOMMENDATION

Based upon the foregoing, IT IS RECOMMENDED that the court issue an order dismissing this case for lack of prosecution.

DATED: 3/9, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

Under D.Minn. LR 72.1(c)(2) any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties by 3-27-01, a writing which specifically identifies those portions of this Report to which objections are made and the basis of those objections. Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall

FILED MAR 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.