UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

TWIN CITY FLOOR COVERING INDUSTRY PENSION FUND AND TWIN CITY FLOOR COVERING INDUSTRY FRINGE BENEFIT TRUST FUND,

Civil No. 00-2234 JRT/FLN

Plaintiffs,

vs.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AND ORDER**

LA VAN INSTALLATIONS, INC. and SHEILA K. LA VAN

Defendants.

---

**PLEASE TAKE NOTICE** that pursuant to Fed.R. Civ.P. 41(a)(1), Plaintiff herein dismisses the above-entitled matter witout prejudice.

Date: June 8 2001

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By Jacqueline Beaulieu

Jacqueline M. Beaulieu
Att'y Reg. No. 293088
2600 US Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

FILED JUN 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

**IT IS SO ORDERED.**

Date: June 13, 2001

John R. Tunheim
Judge of District Court